UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

                      Plaintiff,

vs.

TURNER HEINBAUGH,

                      Defendant.

CR 5:24-cr-50168-04

APPLICATION FOR WRIT OF
HABEAS CORPUS AD
PROSEQUENDUM

---

TO:   THE HONORABLE DANETA WOLLMANN, UNITED STATES MAGISTRATE
JUDGE FOR THE DISTRICT OF SOUTH DAKOTA.

The application of Mark Hodges, Assistant United States Attorney for the District of South Dakota, respectfully shows to the Court that TURNER HEINBAUGH, defendant in this action, is now confined in the Lawrence County Jail at Deadwood, South Dakota; that on November 21, 2024, an Indictment was filed against him and that it is necessary that said TURNER HEINBAUGH, now held in custody by the Lawrence County Jail, be personally produced in this Court for prosecution on the charges now pending against him.

WHEREFORE, it is prayed that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Postal Service and the Administrator of the Lawrence County Jail, and any authorized law enforcement officer according to the practice of this Court, and that TURNER HEINBAUGH remain in the custody of the United States Marshals Service until further order of the Court.

Dated this 21st day of November, 2024.

ALISON J. RAMSDELL
United States Attorney

MARK HODGES
Assistant United States Attorney
515 9th St. Ste. 201
Rapid City, South Dakota 57701
Telephone: (605) 342-7822
E-mail: Mark.Hodges@usdoj.gov